CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 24-CR-396-1 (TJK) |
| ) | |
| DAPHNE KASPEREK ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

/s/ Daphne Kasperek

Defendant

*Nicholas Smith*

Counsel for Defendant

I consent:

*Sarah Martin*
Assistant United States attorney

Approved: [signature]

Date: 9/10/24

Timothy J. Kelly

United States District Judge